94–244.  Stegall v. State Med. Bd. of Ohio.  *Franklin County*, No. 93AP–211.  This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Franklin County to certify its record.  Upon consideration of appellant's motion to stay the imposition of the State Medical Board's disciplinary action until such time as Dr. Stegall's appeal to this court is resolved,

IT IS ORDERED by the court that the motion for stay be, and the same is hereby, granted, effective February 15, 1994.

# MISCELLANEOUS DISMISSALS

93–597.  Hoover v. Gamblin.  *Summit County*, No. 15707.  This cause, here on appeal from the Court of Appeals for Summit County, was considered in the manner prescribed by law.  Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 14, 1994.

93–1519.  State v. Tyson.  *Allen County*, No. 92110097.  This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Allen County and as a claimed appeal as of right from said court.  Appellant's request for extension of time to file memorandum in support of jurisdiction was denied by this court on August 2, 1993.  Appellant's motion for delayed appeal was granted by this court on December 15, 1993.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective February 14, 1994.

93–1588.  Schulte v. Schulte.  *Wood County*, No. 91WD075.  This cause is pending before the court as an appeal and a cross-motion to certify the record from the Court of Appeals for Wood County.  Upon consideration of appellee/cross-appellant's application to dismiss his cross-appeal,

IT IS ORDERED by the court that the cross-appeal be, and the same is hereby, dismissed, effective February 14, 1994.

93–1998.  State v. Johnson.  *Lorain County*, No. 92CA005526.  This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Lorain County and as a claimed appeal as of right from said court.  Appellant's request for extension of time to file memorandum in support of jurisdiction was granted by this court on October 7, 1993.  Appellant's second request for extension of time to file a memorandum in support of jurisdiction was granted by this court on November 10, 1993 and memorandum in support of jurisdiction was due December 10, 1993.  Appellant's third request for extension of time to file memorandum in support of jurisdiction was denied by this court on December 13, 1993.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective February 14, 1994.